IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAT V. LITTLE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 11-00668-KD-N |
| | ) | |
| BOWDEN & ASSOCIATES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that the settlement agreement between plaintiffs Pat V. Little, Donald Davidson, and Penelope Chandler and defendants Bowden & Associates, Inc.; Paul Bowden Electric Company, Inc.; Bowden & Associates Rental & Leasing, LLC; Paul H. Bowden, and Darren A. Bowden, is **approved.**

Pursuant to the settlement agreement, this action is **dismissed with prejudice** with costs taxed as agreed.  The Court does not retain jurisdiction to enforce the settlement agreement.

Plaintiffs' state law claims for breach of express and implied contract of employment, common law fraud, and common law conversion are **dismissed without prejudice.**

**DONE** and this 30th day of January, 2013.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**